UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Removed from Jefferson Circuit Court
Civil Action No. 22-CI-003103

| | |
|---|---|
| ELIZABETH WORKMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZAAYON CARTER and )<br>DAYTON FREIGHT LINES, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.: 3:22-CV-362-CHB<br><br>Judge:<br><br>Magistrate: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Zaayon Carter and Dayton Freight Lines, Inc., improperly named "Dayton Freight Liners, Inc.," in the Complaint (collectively, "Defendants"), remove to the U.S. District Court for the Western District of Kentucky, Louisville Division, the civil action styled *Elizabeth Workman v. Zaayon Carter and Dayton Freight Liners, Inc.,* Civil Action No. 22-CI-003103, which is currently pending before the Jefferson Circuit Court, Jefferson County, Kentucky. In support of their Notice of Removal Defendants state:

1. On or about June 19, 2022, Plaintiff Elizabeth Workman filed a Complaint in the Jefferson Circuit Court, which was given Civil Action No. 22-

CI-003103 and named Zaayon Carter and Dayton Freight Liners, Inc., as defendants.

2. Plaintiff Elizabeth Workman was at the time of her filing of the Complaint a resident of the Commonwealth of Kentucky. *See* style of Complaint.

3. Defendant Zaayon Carter was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, an individual residing in the State of Indiana. *See* Complaint, at ¶ 1.

4. Defendant Dayton Freight Lines, Inc., was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, a corporation organized and existing under the laws of the State of Ohio, with a principal place of business in Ohio. *See* Complaint, at ¶ 2.

5. Defendants Zaayon Carter was served with a copy of the Summons and Complaint on or after June 23, 2022. Defendant Dayton Freight Lines, Inc., was served with a copy of the Summons and Complaint on or after June 27, 2022.

6. All defendants give their consent to the removal of this action to the U.S. District Court for the Western District of Kentucky, Louisville Division, as required by the rule of unanimity. *See Brierly v. Alusuisse Flexible Packaging, Inc.,* 184 F.3d 527, 536 n.3 (6th Cir. 1999).

7. This action is one Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

8.      This Notice of Removal is filed within thirty (30) days after any defendant was served with and / or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

9.      The Complaint indicates the amount in controversy "exceeds $75,000." *See* Complaint, at ¶ 7. And in conversations between counsel, Plaintiff's attorney has affirmed the amount in controversy in this litigation exceeds $75,000 exclusive of interest and costs. Accordingly, the amount in controversy in this litigation exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

10.     A copy of the Jefferson Circuit Court's entire file in Civil Action No. 22-CI-003103, is attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendants remove this action to the United States District for the Western District of Kentucky, at Louisville.

Respectfully submitted,

*/s/ William T. Donnell*
William T. Donnell
Richard V. Evans
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy, Ste. 112
Louisville, KY 40222
P: 502-430-1016
F: 502-430-1083
wdonnell@louisvillecounsel.com
revans@louisvillecounsel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on the 12th day of June 2022, I served a copy this Notice of Removal via U.S. Mail, postage prepaid, on the following counsel of record:

    Scott A. Wallitsch
    MORGAN & MORGAN
    420 West Liberty Street, Ste. 260
    Louisville, KY 40202
    swallitsch@forthepeople.com
    *Counsel for Plaintiff*

    /s/ *William T. Donnell*
    *Counsel for Defendants*