# EXHIBIT A

Filed          22-CI-003103          06/19/2022          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/01/2022 09:57:02 AM
84941

CASE NUMBER _____                    JEFFERSON CIRCUIT COURT

                                                DIVISION _____

                                                JUDGE _____

ELIZABETH WORKMAN                                               PLAINTIFF
1014 CLASSIC WAY
LOUISVILLE, KENTUCKY 40245

v.

ZAAYON CARTER                                                   DEFENDANTS
1841 BANBRIDGE DRIVE
CLARKSVILLE, INDIANA 47129

        Serve:  1841 Banbridge Drive
                Clarksville, Indiana

-AND-

DAYTON FREIGHT LINERS, INC.
6450 POE AVENUE SUITE 311
DAYTON, OHIO 45414

        Serve:  Registered Agent
                6450 Poe Avenue Suite 311
                Dayton, Ohio 45414

_____

## **COMPLAINT**
## **ELECTRONICALLY FILED**

_____

        Comes now the Plaintiff, Elizabeth Workman, by and through counsel, and for her causes

of action against Zaayon Carter and Dayton Freight Liners, Inc. and states as follows:

### **Jurisdictional Allegation**

        1.      At all times relevant hereto, Defendant Zaayon Carter (hereinafter "Carter"), was

a citizen and resident of Indiana, living at the above-listed address.

        2.      At all times relevant hereto, Defendant Dayton Freight Liners, Inc (hereinafter

"Dayton"), was and remains registered with the Federal Motor Carrier Safety Administration

Presiding Judge: HON. ANNIE O'CONNELL (630384)

COM : 000001 of 000005

Filed          22-CI-003103      06/19/2022       David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/01/2022 09:57:02 AM
84941

with a USDOT number of 273301 and is a corporation organized and existing under the laws of
the State of Ohio with its principal place of business at the above-listed address.

3.      At all relevant times, Defendant Carter was the employee, agent, servant, and/or
statutory employee for Defendant Dayton, operating for the benefit of, in furtherance of the
interests of and/or within the course and scope of his employment with Defendant Dayton.

4.      Defendant Dayton is vicariously liable for the acts of Defendant Carter.

5.      Regardless of the employment or agency relationship, Defendant Dayton is an
interstate motor carrier responsible for the acts of the driver.

6.      The incident which forms the basis of this litigation is a motor vehicle collision
that occurred on or about June 4, 2021 in Jefferson County, Kentucky.

7.      The amount in controversy exceeds $75,000 and the jurisdiction requirements of
this Court.

8.      This Court has jurisdiction over the parties and the subject matter and venue is
proper in this Court.

## Claims Against Defendants Carter and Dayton

9.      The Plaintiff adopts and reiterates each and every allegation as if set forth fully
herein and incorporates same by reference.

10.     On or about June 4, 2021, Defendant Carter was operating a commercial tractor-
trailer in Jefferson County, Kentucky.

11.     Upon information and belief, the commercial tractor-trailer was owned and/or
being operated on behalf of Defendant Dayton.

Presiding Judge: HON. ANNIE O'CONNELL (630384)

COM : 000002 of 000005

Filed          22-CI-003103      06/19/2022       David L. Nicholson, Jefferson Circuit Clerk

Filed        22-CI-003103     06/19/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/01/2022 09:57:02 AM
84941

12.     At all relevant times, the Defendants Carter and Dayton were negligent, careless, and reckless in one or more of the factors of ownership, maintenance, use, operation, or control of a motor vehicle.

13.     Their negligence was a direct and substantial factor in causing a motor vehicle collision.

14.     Their actions constitute violations of various sections and subsections of Federal and State law; including but not limited to KRS 189.290(1) and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law.

15.     The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendants' violation of these statutes.

16.     As a direct and proximate result of Defendants' negligence, Plaintiff sustained temporary and permanent injuries, causing great physical, emotional, and mental pain and anguish and the loss of enjoyment of life, and Plaintiff will continue to suffer such damage in the future; Plaintiff has lost wages and that her ability to earn wages in the future is impaired; and, Plaintiff has incurred sums of money for physicians and medical expenses in treatment of said injuries and will be required to incur sums of money for physicians and medical expenses in the future, her injuries being permanent in nature.

**Claims Against Defendant Dayton**

17.     The Plaintiff adopts and reiterates each and every allegation as if set forth fully herein and incorporates same by reference.

18.     At all times relevant, Defendant Dayton had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents,

Presiding Judge: HON. ANNIE O'CONNELL (630384)

COM : 000003 of 000005

Filed        22-CI-003103     06/19/2022        David L. Nicholson, Jefferson Circuit Clerk

Filed            22-CI-003103      06/19/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/01/2022 09:57:02 AM
84941

including Defendant Carter, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

19.     Dayton had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

20.     Dayton was negligent, careless and reckless with regard to the duties set forth in Paragraphs, 18-19, above, causing serious injury to Plaintiff, for which it is directly liable.

21.     As a direct and proximate result of Dayton's negligence, Plaintiff sustained temporary and permanent injuries, causing great physical, emotional, and mental pain and anguish and the loss of enjoyment of life, and Plaintiff will continue to suffer such damage in the future; Plaintiff has lost wages and that her ability to earn wages in the future is impaired; and, Plaintiff has incurred sums of money for physicians and medical expenses in treatment of said injuries and will be required to incur sums of money for physicians and medical expenses in the future, her injuries being permanent in nature.

**WHEREFORE**, the Plaintiff, Elizabeth Workman, demands judgment against the Defendants Zaayon Carter and Dayton Freight Liners, Inc. as follows:

1.     A trial by jury on all issues of fact herein;

2.     Judgment against the Defendants Zaayon Carter and Dayton Freight Liners, Inc. in a fair and reasonable amount;

3.     Pre and post judgement interest;

4.     Attorney's fees;

5.     Plaintiff's costs herein expended; and,

6.     Any and all other relief to which the Plaintiff is entitled.

Presiding Judge: HON. ANNIE O'CONNELL (630384)

COM : 000004 of 000005

Page **4** of **5**

NOT ORIGINAL DOCUMENT
07/01/2022 09:57:02 AM
84941

Respectfully submitted,

*/s/ Scott A. Wallitsch*

Scott A. Wallitsch, Esq.
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
Telephone: (502) 912-5932
Facsimile (direct): (502) 912-6482
swallitsch@forthepeople.com
*Attorney for the Plaintiff*

Presiding Judge: HON. ANNIE O'CONNELL (630384)

COM : 000005 of 000005

Filed            22-CI-003103      06/19/2022      David L. Nicholson, Jefferson Circuit Clerk



AOC-E-105   Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
07/12/2022 02:36:05 PM
84963

Case #: **22-CI-003103**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **WORKMAN, ELIZABETH VS. CARTER, ZAAYON ET AL**, *Defendant*

TO:   **DAYTON FREIGHT LINERS, INC**
  **6450 POE AVENUE SUITE 311**
  **DAYTON, OH 45414**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **6/19/2022**

Presiding Judge: HON. ANNIE O'CONNELL (630384)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____

  _____
  Served By

  _____
  Title

CI : 000001 of 000001

Summons ID: @00001004701
CIRCUIT: 22-CI-003103 Certified Mail
WORKMAN, ELIZABETH VS. CARTER, ZAAYON ET AL



Page 1 of 1

**eFiled**

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
07/12/2022 12:42:42 PM
84981

Case #: **22-CI-003103**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

---

*Plantiff,* **WORKMAN, ELIZABETH VS. CARTER, ZAAYON ET AL***, Defendant*

TO:  **ZAAYON CARTER**
**1841 BANBRIDGE DRIVE**
**CLARKSVILLE, IN 47129**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nicholson

Jefferson Circuit Clerk
Date: **6/19/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00001004700
CIRCUIT: 22-CI-003103 Certified Mail
WORKMAN, ELIZABETH VS. CARTER, ZAAYON ET AL



eFiled

Presiding Judge: HON. ANNIE O'CONNELL (630384)

CI : 000001 of 000001